LEWIS J. PHILLIPS et al., Appellants, *v.* ISAAC V. BROKAW, Respondent.

(Argued March 11, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, made March 28, 1888, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*Melville H. Regensburger* for appellants.

*Morris S. Thompson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

IRA T. CURTIS, Appellant, *v.* MANNING F. CRANE, Respondent.

(Argued March 11, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Samuel J. Crooks* for appellant.

*C. E. Cuddeback* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.